James C. GREER, Plaintiff—Appellant,

v.

Gene M. JOHNSON, in his individual and official capacities as Director of the VA Department of Corrections; John Jabe, in his individual and official capacities as Deputy Director of VA Department of Corrections (Operations); Tracy Ray, in his individual and official capacities as Warden of Red Onion State Prison; Jerry Armentrout, in his individual capacity; K. Chris, in his individual capacity; Richard Fleming, Sr., in his individual capacity, Defendants—Appellees.

No. 06–6101.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 23, 2006.

James C. Greer, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James C. Greer appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) suit for failure to state a claim on which relief could be granted and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Greer v. Johnson*, No. 7:05–cv–00701–gec (W.D.Va. Dec. 8, 2005; Jan. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*